IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
PERSONS IN STATE CUSTODY APPLICATION FOR
HABEAS CORPUS UNDER 28 U.S.C. 2254

ROBERT J. PLATO JR. No. 244589
New Castle Correctional Facility
1000 Van Nuys Road, P.O. Box A
New Castle, Indiana 47362

**FILED**
**02/16/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case No: 1:23-cv-303-SEB-MKK

ROBERT J. PLATO JR.,
    Petitioner,

- vs -

MARK SEVIER,
ATTORNEY GENERAL of INDIANA,
    Respondent.

PETITION

1. Madison County Circuit Court, Division III,
Madison County, Anderson, Indiana

48C03-1907-F6-1715

2. Judgment of Conviction: 28 July 2021

Sentencing Date: 28 July 2021

1 of 10

3. Count 1, Intimidation,   2 Years

   Count 2, Habitual Offender,   6 Years

4. Yes, 2 Counts

5. Count 1, Intimidation, 35-45-2-1(a)(1) F6

   Count 2, Habitual Offender, 35-50-2-8(d)

6. Plea of NOT Guilty, Count 1
   Plea of Guilty, Count 2

   Trial by Jury

7. Petitioner did NOT testify

8. Petitioner appealed judgment of conviction

9. Appealed Indiana Court of Appeals
   Case No. 21A-CR-1870
   AFFIRMED
   25 February 2022

   UNKNOWN Citation to Case

   UNKNOWN Grounds Raised

   Further Review By Higher Court: NO

10. Further Petitions: YES

2 of 10

11. Madison County Circuit Court, Div. III

   48C03-2204-PC-004

   Filed 7 April 2022

   Petition for Post-Conviction

   Ineffective Assistance of Counsel (Pre-Trial), Ineffective Assistance of Counsel (Appellate), Structural Flaws, Constitutional Violations,

   Evidentiary Hearing held  11 October 2022

   Post-Conviction Denied  6 January 2023

   Notice of Appeal with request for Counsel filed 7 January 2023

   B. Motion to Correct Errors filed 20 January 2023

   Motion Denied

   C. Second Motion to Correct Errors filed 31 January 2023

   Motion Denied 2 February 2023

12. Grounds:

   (A) <u>Ground One:</u> Fourth Amendment, Illegal Search and Seizure.

Computer seized by Detective LeeAnn Dwiggins of the Madison County Sheriff's Department was seized illegally, outside the scope of the "Lawful" search warrant.

On 2 April 2018, Detective LeeAnn Dwiggins, Badge No. 1058, executed a lawful search warrant on 700 Meridian Street, Anderson, Indiana with said lawful search warrant authorizing the search and seizure of: "Weapons, Ammunitions, and Paperwork relating to title work for vehicles".

During the execution of the lawful search warrant, specifically authorizing the Search for and Seizure of "Weapons, Ammunitions, and Paperwork relating to title work for vehicles", which was fruitless, Detective LeeAnn Dwiggins illegally seized a 2017 Acer Predator 21X laptop computer and a 2018 Samsung Galaxy S9 cellular phone belonging to Mr. Plato.

(B) <u>Ground Two</u>: Sixth Amendment, Effective Assistance of Counsel (Pre-Trial).

Pre-Trial Counsel David E. Alger and Anthony C. Lawrence (court appointed) failed to adequately represent Mr. Plato by not filing Motions to Suppress after being made aware of the illegal search and seizure as well as the falsified Charging Information.

On 29 June 2020, Mr. Alger was removed as counsel and on 28 August 2020, Mr. Lawrence was removed as counsel.

(C) <u>Ground Three:</u> Fourteenth Amendment, Due Process.

Court (Madison County Circuit) failed to protect the Constitutional Rights of Mr. Plato after being made aware of the illegal search and seizure.

Court failed to protect the Constitutional Rights of Mr. Plato by permitting the Prosecutors to use falsified Charging Information.

Court failed to protect the Constitutional Rights of Mr. Plato by permitting the trial and wrongful conviction of Mr. Plato, having prior knowledge the Charging Information was false and of the illegal search and seizure.

Court failed to protect the Constitutional Rights of Mr. Plato by permitting Prosecution to engage in Malicious Prosecution, having prior knowledge the Prosecution had and was using false Charging Information and the illegal search and seizure.

13. <u>Supporting Documents:</u>

    Exhibit A, Lawful Search Warrant
    Exhibit B, Chain of Custody Report
    Exhibit C, Charging Information Sheet

<u>Exhibit A, Lawful Search Warrant</u>, clearly states that "Weapons, Ammunitions, and paperwork relating to title work for vehicles" was to be searched for and seized.

Exhibit B, Chain of Custody Report, clearly shows where Detective LeeAnn Dwiggins put the illegally seized computer into Anderson Police Departments evidence room

Exhibit C, Charging Information Sheet, clearly shows falsification in that there was no "prior lawful act" or "lawful search warrant" authorizing the seizure.

The Constitutional requirements in the writing of search warrants is very clear in that warrants have to be very specific as to the location to be searched and what is and can be seized.

The facts underlying these claims are beyond sufficient to establish by clear and convincing evidence that but for Constitutional errors, there would never have been grounds for any charges being filed, and NO reasonable fact finder would have found the applicant guilty of the underlying offense.

14. Consititutional grounds were brough up during ALL phases in the Circuit Court, Trial, and Post-Conviction.

15. Appeal on Post-Conviction was requested but it is unknown if the Circuit Court will honor the request.

16. Attornies:

David E. Alger, 111 E. 9th st. Anderson, IN 46016   (Pre-Trial)

Anthony C. Lawrence, (Pre-Trial)
Address Unknown

Mario Massillamany, 11650 Lantern Rd., Sut. 204
Fishers, IN 46038   (Appellate)

17. Sentenced to Eight years:
    Count 1 Intimidation   - 2 Years
    Count 2 Habitual Offender - 6 Years

18. No further sentences are to be served, Eight year sentence is pending completion of previous sentence.

**WHEREFORE,** Petitioner prays that this Court grant and issue a writ of habeas corpus, conduct such hearings as may be required, and, upon hearing, GRANT Petitioner relief from his unlawful conviction.

Respectfully Submitted,

Robert J. Plato Jr.

Robert J. Plato Jr. No. 244589
New Castle Correctional
P.O. Box A, New Castle, IN
47362

I declare under penalty of perjury that the foregoing is true and correct.
    Executed On:

Robert J. Plato Jr.