UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT J. PLATO, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:23-cv-00303-MPB-MKK |
| | ) |
| MARK SEVIER, | ) |
| ATTORNEY GENERAL OF INDIANA, | ) |
| | ) |
| Respondents. | ) |

## FINAL JUDGMENT

The Court now enters final judgment. The petitioner's petition for a writ of habeas corpus is dismissed without prejudice.

Date: May 3, 2023

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
    Deputy Clerk, U.S. District Court

Distribution:

ROBERT J. PLATO, JR.
244589
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362